```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 28568
   STEPHEN L SHERWIN JR
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-5789


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/19/05 and confirmed on 09/29/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  19385.00 .

     4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
UNITED AUTO CREDIT CORP   SECURED VEHIC      9475.00         1349.83         9475.00
CAPITAL ONE FINANCIAL     UNSECURED         NOT FILED           .00             .00
CHARTER ONE BANK          UNSECURED         NOT FILED           .00             .00
CHRIST HOSPITAL           UNSECURED         NOT FILED           .00             .00
CREDIT MANAGEMENT CONTRO  UNSECURED         NOT FILED           .00             .00
CREDIT COLLECTION SERVIC  UNSECURED         NOT FILED           .00             .00
CRITICARE SYSTEMS         UNSECURED         NOT FILED           .00             .00
CENTER FOR PEDIATRIC GAS  UNSECURED         NOT FILED           .00             .00
ELLEN WEISZ               UNSECURED          2893.30            .00         1695.48
EMERGENCY HEALTHCARE PHY  UNSECURED         NOT FILED           .00             .00
EMERGENCY HEALTHCARE PHY  UNSECURED         NOT FILED           .00             .00
FALLS COLLECTION SVC      UNSECURED           255.00            .00          149.43
GC SERVICES               UNSECURED         NOT FILED           .00             .00
HARRIS & HARRIS LTD       UNSECURED         NOT FILED           .00             .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED           .00             .00
LAGRANGE MEMORIAL HOSPIT  UNSECURED         NOT FILED           .00             .00
MEDICAL BUSINESS BUREAU   UNSECURED         NOT FILED           .00             .00
HYGEIA MEDICAL GROUP      UNSECURED         NOT FILED           .00             .00
ASSET ACCEPTANCE CORP     UNSECURED            61.55            .00           36.07
SBC AMERITECH             UNSECURED         NOT FILED           .00             .00
-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
UNITED AUTO CREDIT CORP   UNSECURED          4651.29            .00         2725.67
           Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY     UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9475.00         .00       7861.14          .00       17336.14
PRINCIPAL PAID      9475.00         .00       4606.65          .00       14081.65
```

```
INTEREST PAID              1349.83          .00          .00           .00       1349.83
TOTAL PAID                10824.83          .00      4606.65           .00      15431.48
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    768.52 .

Refunds to the Debtor totaled $    485.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/08/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE